Mille Lacs Band of Ojibwe, a federally recognized Indian tribe; Sara Rice, in her official capacity as Mille Lacs Band Chief of Police; Derrick Naumann, in his official capacity as Sergeant of the Mille Lacs Band Police Department

Plaintiffs - Appellees

v.

County of Mille Lacs, Minnesota

Defendant

Joseph Walsh, individually and in his official capacity as County Attorney for Mille Lacs County

Defendant - Appellant

Brent Lindgren, individually and in his official capacity as Sheriff of Mille Lacs County

Defendant

Donald J. Lorge, individually and in his official capacity as Sheriff of Mille Lacs County

Defendant - Appellant

------

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-05155-SRN)

------

**JUDGMENT**

Before SMITH, Chief Judge, WOLLMAN, and LOKEN, Circuit Judges.

Appellants' motion to dismiss on terms fixed by the court is granted. Fed. R. App. P. 42(b). Each side will bear its own costs on appeal. See Fed. R. App. P. 39(a)(4). The Court's mandate shall issue forthwith.

September 10, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans