# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1138

Mille Lacs Band of Ojibwe, a federally recognized Indian tribe, et al.

Appellees

v.

County of Mille Lacs, Minnesota

Joseph J. Walsh, individually and in his official capacity as County Attorney for Mille Lacs County

Appellant

Brent Lindgren, individually and in his official capacity as Sheriff of Mille Lacs County

Donald J. Lorge, individually and in his official capacity as Sheriff of Mille Lacs County

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-05155-SRN)

---

**MANDATE**

In accordance with the judgment of 09/10/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 10, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit